IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01972-BNB

BURTON SANDLES,

    Plaintiff,

v.

THE STATE OF COLORADO, et al., and
THE DOWNTOWN DENVER CORRECTIONAL FACILITY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 6 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Burton Sandles, is an inmate at the Denver County Jail in Denver, Colorado. Mr. Sandles initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. On August 31, 2010, Magistrate Judge Boyd N. Boland entered an order granting Mr. Sandles leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Mr. Sandles either to pay an initial partial filing fee of $12.00 or to show cause why he has no assets and no means by which to pay the initial partial filing fee. In order to show cause, Mr. Sandles was directed to file a current, certified copy of his inmate trust fund account statement. Mr. Sandles was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause within thirty days. According to the certified account statement submitted to the Court on August 30, 2010, the balance in Mr. Sandles' inmate account on August 17, 2010, was $30.13.

On September 8, 2010, Mr. Sandles filed three different versions of a motion for an extension of time to pay the initial partial filing fee. Although Mr. Sandles alleged in each motion that he was enclosing a certified copy of his inmate trust fund account statement, he did not do so. However, attached to one of the motions (Doc. #12) was a recent commissary sales receipt indicating that the balance in Mr. Sandles' account on August 31, 2010, was $17.13. Mr. Sandles also attached a different commissary sales receipt dated April 21, 2010, to one of the other motions (Doc. #11), but that receipt is not relevant to the amount of money currently in his account. Finally, Mr. Sandles asserted in each motion filed on September 8 that the balance in his inmate account was an amount greater than $12.00. On September 9, 2010, Magistrate Judge Boland entered a minute order denying the motions for an extension of time because Mr. Sandles asserted that he had sufficient funds to pay the initial partial filing fee and he presented no reason why he would be unable to pay the initial partial filing fee within the time allowed.

On September 28, 2010, Mr. Sandles filed another motion for an extension of time to pay the initial partial filing fee. Mr. Sandles asserted that he was enclosing a certified copy of his inmate trust fund account statement from August 31, 2010, but he did not do so. Mr. Sandles alleged that the balance in his inmate account on August 31, 2010, was $17.13. On September 29, 2010, Magistrate Judge Boland entered a minute order denying the motion for an extension of time filed on September 28 because Mr. Sandles again alleged he has sufficient funds to pay the initial partial filing fee and he again presented no reasons why he would be unable to pay the initial partial filing fee within the time allowed.

Mr. Sandles has failed within the time allowed either to pay the initial partial filing fee or to show cause as directed why he is unable to pay the initial partial filing fee. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed within the time allowed either to pay the initial partial filing fee or to show cause as directed why he was unable to pay the initial partial filing fee.

DATED at Denver, Colorado, this __5th__ day of __October__, 2010.

BY THE COURT:

*[signature: Christine M. Arguello]*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01972-BNB

Burton Sandles
Prisoner No. 0000632568
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/6/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk